# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sheik L. Tanner-Bey,　　　　　　　　　　　　　　Civil No. 15-cv-2339 (DSD/TNL)

　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Minnesota Department of Correction,

　　　　　　Respondent.

---

Sheik L. Tanner-Bey, Sherburne County Jail, 13880 Business Center Drive N.W., Elk River, MN 55330 (Petitioner, pro-se ); and

Matthew Frank and James B. Early, Minnesota Attorney General's Office, 455 Minnesota Street, Suite 1800, St. Paul, MN 55101; Jean E. Burdorf, Hennepin County Attorney's Office, 300 South Sixth Street, Suite 2000, Minneapolis, MN 55487 (for Respondent).

---

　　　　Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 2, 2015 [Docket No. 5], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner Sheik LaQundus Laron Tanner-Bey's petition for a writ of habeas corpus [Docket No. 1] is **DENIED WITHOUT PREJUDICE** for failure to exhaust state remedies.

2. This action is **DISMISSED WITHOUT PREJUDICE**; and

3. Petitioner should **NOT** be granted a Certificate of Appealability.

　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  July 20, 2015　　　　　　　　　　　　　　s/David S. Doty
　　　　　　　　　　　　　　　　　　　　　　　　David S. Doty, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court